

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

May 29, 2024

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

    Re:   *Rigel Pharmaceuticals, Inc. v. Annora Pharma Private Ltd., et al.*
            Civil Action No. 22-4732 (SRC)(CLW)

Dear Judge Waldor:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Rigel Pharmaceuticals, Inc. in the above-captioned matter.

    Further to our discussion with Your Honor during the April 22, 2024 status teleconference, the parties have agreed, subject to the Court's approval, on the following amended case schedule:

| **Event** | **Original Date (D.I. 22)** | **Revised Date** |
|---|---|---|
| Close of Fact Discovery | The later of a Markman decision or June 1, 2024 | August 30, 2024 |
| Opening Expert Reports | 60 days after the close of fact discovery | October 29, 2024 |
| Responsive Expert Reports | 60 days after opening expert reports | December 30, 2024 |
| Reply Expert Reports | 30 days after responsive expert reports | January 29, 2025 |
| Close of Expert Discovery | 60 days after reply expert reports | March 31, 2025 |

    If this meets with the Court's approval, we have included a form of endorsement below.

Hon. Cathy L. Waldor, U.S.M.J.
May 29, 2024
Page 2

 Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All counsel (via email)

SO ORDERED.

_____
Hon. Cathy L. Waldor, U.S.M.J.