

Charles M. Lizza
Phone: (973) 286-6715
Fax:   (973) 286-6815
clizza@saul.com
www.saul.com

March 25, 2025

**VIA ECF**

The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Rigel Pharmaceuticals, Inc. v. Annora Pharma Private Ltd., et al.*
            Civil Action No. 22-4732 (SRC)(CLW)

Dear Judge Chesler:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Rigel Pharmaceuticals, Inc. in the above-captioned matter.

    Enclosed is a Stipulation and Order of Dismissal to which the parties have agreed, which, subject to the Court's approval, would dismiss Defendants Annora Pharma Private Ltd., Hetero Labs Ltd., Hetero USA, Inc. without prejudice.  If the enclosed Stipulation meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                     Respectfully yours,

                                     Charles M. Lizza

Enclosure

cc:    All Counsel (via e-mail)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RIGEL PHARMACEUTICALS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ANNORA PHARMA PRIVATE LTD., HETERO LABS LTD., and HETERO USA, INC.,**<br><br>Defendants. | Civil Action No. 22-4732 (SRC)(CLW)<br><br>(Filed Electronically) |

## STIPULATION AND ORDER OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rigel Pharmaceuticals, Inc. ("Rigel") and Defendants Annora Pharma Private Ltd., Hetero Labs Ltd., Hetero USA, Inc. (collectively "Annora") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

Rigel and Annora stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the actions as between Rigel and Annora.

**SO STIPULATED on this 25th day of March, 2025:**

| | |
|---|---|
| By: _s/ Charles M. Lizza_<br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>Alexander L. Callo<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102-5426 | By: _s/ Eric I. Abraham_<br>Eric I. Abraham<br>William P. Murtha<br>HILL WALLACK LLP<br>21 Roszel Road<br>Princeton, New Jersey 08543<br>609.924.0808<br>eabraham@hillwallack.com |

- 2 -

(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff
Rigel Pharmaceuticals, Inc.*

wmurtha@hillwallack.com

*Attorneys for Defendants
Annora Pharma Private Ltd.,
Hetero Labs Ltd.,
Hetero USA, Inc.*

**SO ORDERED:**

This _____ day of _____, 2025

_____
Hon. Stanley R. Chesler, U.S.D.J.