UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIGEL PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LTD., HETERO LABS LTD., and HETERO USA, INC.,<br><br>Defendants. | Civil Action No. 22-4732 (SRC)(CLW)<br><br>(Filed Electronically) |

## STIPULATION AND ORDER OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rigel Pharmaceuticals, Inc. ("Rigel") and Defendants Annora Pharma Private Ltd., Hetero Labs Ltd., Hetero USA, Inc. (collectively "Annora") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

Rigel and Annora stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the actions as between Rigel and Annora.

**SO STIPULATED on this 25th day of March, 2025:**

| | |
|---|---|
| By:  s/ Charles M. Lizza<br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>Alexander L. Callo<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102-5426 | By:  s/ Eric I. Abraham<br>Eric I. Abraham<br>William P. Murtha<br>HILL WALLACK LLP<br>21 Roszel Road<br>Princeton, New Jersey 08543<br>609.924.0808<br>eabraham@hillwallack.com |

- 2 -

(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff
Rigel Pharmaceuticals, Inc.*

wmurtha@hillwallack.com

*Attorneys for Defendants
Annora Pharma Private Ltd.,
Hetero Labs Ltd.,
Hetero USA, Inc.*

**SO ORDERED:**

This 26th day of March, 2025

                                  s/ Stanley R. Chesler
                                  Hon. Stanley R. Chesler, U.S.D.J.